UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**DAN PENNINGTON**                                                    **PLAINTIFF(S)**

**VS**                                             **CIVIL ACTION NO. 3:14CV-591-H**

**LEGNER ENERGY GROUP, LLC, et al.**                        **DEFENDANT(S)**

## ORDER

     The parties having notified the Magistrate Judge of a settlement in this matter pursuant to (DN#22);

     **IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with leave to reinstate within thirty (30) days. Counsel may tender a supplemental order of dismissal if they so desire.

Date: November 14, 2014

Copies to counsel